I concur fully with the majority opinion, but I write specially to express my understanding of the main holdings of this opinion. First, a circuit court is not required
to find that an inmate is not eligible to have his sentence reconsidered simply because his underlying conviction was for an offense that has previously been statutorily defined as a violent offense. Second, although a circuit court may order an evaluation by the Department of Corrections, it is notrequired to do so. Third, although a circuit courtmay conduct a hearing on a motion for reconsideration of sentence, it is not required to do so. Fourth, although a circuit court must consider the factors that are before it at the time it rules on a motion for reconsideration, it is notrequired to make findings of fact as to the weight it gave to each factor.
WISE, J., concurs.